FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 19, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN HODGE, individually and on behalf of all others similarly situated and JOSE VAZQUEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GAYLOR ELECTRIC INC., an Indiana corporation,<br><br>　　　　　　Defendant. | No.　2:19-cv-00133-SMJ<br><br>**ORDER INCORPORATING STIPULATED PROTECTIVE ORDER AND GRANTING PLAINTIFF'S MOTION TO SEAL** |

Before the Court, without oral argument, are the parties' Stipulated Protective Order and Clawback Order, ECF No. 19, and Plaintiffs' Motion to File "Confidential" Document Under Seal or In Open Court, ECF No. 14. Having reviewed the filings and the record, the Court is fully informed.

The parties jointly move the Court to enter a Protective Order, the terms of which are provided in the parties' motion, to govern discovery of confidential materials in this matter. ECF No. 19 at 1–12. Having reviewed the terms of the proposed agreement, the Court is satisfied that it is reasonable. Thus, pursuant to

ORDER INCORPORATING STIPULATED PROTECTIVE ORDER AND
GRANTING PLAINTIFF'S MOTION TO SEAL – 1

Federal Rule of Civil Procedure 26(c) and the stipulation of the parties, the parties' Proposed Stipulated Protective Order, ECF No. 19, is **ACKNOWLEDGED**, **APPROVED**, and **INCORPORATED** in this Order by reference.

Plaintiffs, consistent with the provisions of the Protective Order now incorporated in this matter, move to file a document, which appears at ECF No. 16, under seal in support of their motion to file an amended complaint. ECF No. 14. The Court finds Plaintiff's motion to file an amended Complaint is non-dispositive and that Defendant has made a particularized showing of good cause to maintain the secrecy of the record. *See In re Midland Nat. Life Ins. Co. Annuity Sales Practices Litig.*, 686 F.3d 1115, 1119 (9th Cir. 2012). Specifically, the Court finds disclosure of the record, which contains non-public information concerning Defendant's business relationship with a third party, could result in competitive harm to Defendant's business. The Court thus grants the motion and directs the record be filed under seal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Protective Order and Clawback Order, **ECF No. 19**, is **GRANTED**.

2. Plaintiff's Motion to File "Confidential" Document Under Seal or In Open Court, **ECF No. 14**, is **GRANTED**.

//

**A.** The Clerk's Office is directed to **SEAL** the relevant document, which appears at **ECF No. 16**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 19th day of March 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge