Case 2:19-cv-00133-SMJ    ECF No. 68    filed 10/13/20    PageID.433    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

KEVIN HODGE and JOSE VAZQUEZ, individually and on behalf others similarly situated,

Plaintiffs,

v.

GAYLOR ELECTRIC, INC., an Indiana corporation,

Defendant.

No.   2:19-cv-00133-SMJ

**ORDER DISMISSING CASE**

On October 9, 2020, the parties filed a Stipulated Motion to Dismiss under Civil Rule 41(a)(1)(A)(ii) and Local Rule 41(a)(1)(B). ECF No. 67. Consistent with the parties' stipulated motion and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

   **1.**   The Parties' Stipulated Motion to Dismiss, **ECF No. 67**, is **GRANTED**.

   **2.**   All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

   **3.**   All pending motions are **DENIED AS MOOT**.

ORDER DISMISSING CASE – 1

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 13th day of October 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2